926 A.2d 438

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Derrick H. BURNSIDE, Appellant.**

Supreme Court of Pennsylvania.

Argued May 14, 2007.

Decided June 8, 2007.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice EAKIN did not participate in the consideration or decision of this case.